UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUDA,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 24-cv-02894-VC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Anthony Rauda filed a letter with the court seeking relief regarding the conditions of his confinement. In an effort to protect his rights, it was filed as a new civil rights case. On the same day, the Clerk sent Rauda two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Rauda if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Rauda has not filed the two documents, paid the filing fee, or communicated with the court in any manner. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated: 7/9/2024

_____
VINCE CHHABRIA
United States District Judge